UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br>     vs.<br><br>ADRIAN JASSO (1)<br><br>                            Defendant. | Case No. 15cr1100-MMA<br><br>JUDGMENT OF DISMISSAL |

FILED
2016 JUN -3 PM 3:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: TH  DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

8:1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/31/2016

                                                        Hon. Nita L. Stormes
                                                        United States Magistrate Judge