# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

16 SEP -9 AM 8: 57

| UNITED STATES OF AMERICA, | Case No. 15cr1100-MMA |
|---|---|
| Plaintiff, | |
| vs. | AMENDED JUDGMENT OF DISMISSAL |
| ADRIAN JASSO (1), | |
| Defendant. | (Correction for Clerical Mistake) |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense as charged in the Information:

8:1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i)

Dated: 9/6/2016

Hon. Nita L. Stormes
United States Magistrate Judge